05/14/25 5:07 PM

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | AZA Transportation, Inc. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-5524698 |
| 4. | **Debtor's address** | **Principal place of business**  1699 Wall Street  Suite 360  Mount Prospect, IL 60056  Number, Street, City, State & ZIP Code  Cook  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  AZA Transportation, Inc.  Case number (*if known*) _____
       Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   4213

8. **Under which chapter of the Bankruptcy Code is the debtor filing?** *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor     AZA Transportation, Inc.  
      Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  - What is the hazard?   _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?**   _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes.   Insurance agency   _____
        Contact name   _____
        Phone   _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [x] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  AZA Transportation, Inc.  Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 5, 2025
              MM / DD / YYYY

**X** /s/  Azamat Sadyrbaev            Azamat Sadyrbaev
   Signature of authorized representative of debtor        Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Joel Schechter            Date  May 5, 2025
   Signature of attorney for debtor               MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0267    Email address  joelschechter1953@gmail.com

3122099 IL
Bar number and State

Debtor  AZA Transportation, Inc.  Case number (if known) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 5, 2025
              MM / DD / YYYY

X _____   Azamat Sadyrbaev
Signature of authorized representative of debtor   Printed name

Title  President

**18. Signature of attorney**

X _____   Date  May 5, 2025
Signature of attorney for debtor              MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0267   Email address  joelschechter1953@gmail.com

3122099 IL
Bar number and State

Fill in this information to identify the case:

Debtor name: AZA Transportation, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 | | Credit card purchases | | | | $4,076.66 |
| BMO Bank N.A.<br>300 E. John Carpenter Freeway<br>Irving, TX 75062-2712 | | 40' Gooseneck Flatbed trailerVIN, x4793 40' Gooseneck Flatbed trailerVIN, x4792 | | $43,964.00 | $25,000.00 | $18,964.00 |
| Cardmember Service<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | | Credit card purchases | | | | $20,813.23 |
| CFG Merchant Solutions, LLC<br>180 Maiden Lane<br>Floor 15<br>New York, NY 10038 | | merchant cash advance loan | | | | $39,215.00 |
| Crossroads Equipment Lease & Finance<br>9385 Haven Avenue<br>Rancho Cucamonga, CA 91730-5475 | | 2021 Volvo VNLVIN, x3336 | | $76,843.00 | $55,000.00 | $21,843.00 |
| EBF Holdings, LLC d/b/a Everest Business<br>102 West 38th Street<br>6th Floor<br>New York, NY 10018 | | merchant cash advance loan | | | | $40,106.98 |
| FleetOne Holdings, LLC d/b/a WEX Inc.<br>P.O. Box 630038<br>Cincinnati, OH 45263-0038 | | fuel purchases | | | | $14,090.00 |

Debtor   AZA Transportation, Inc.                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing, LLC<br>53 State Street<br>20th Floor<br>Boston, MA 02109 | | merchant cash advance loan | | | | $24,073.00 |
| Illinois Tollway<br>P.O. Box 1412<br>Downers Grove, IL 60515 | | tolls | | | | $788.25 |
| Illinois Tollway<br>P.O. Box 1412<br>Downers Grove, IL 60515 | | tolls | | | | $458.05 |
| Keystone Equipment Finance Corp.<br>433 S. Main Street<br>Suite 300<br>West Hartford, CT 06110 | | 2022 Volvo 860 77" Sleeper TractorVIN, x6772 | | $100,260.00 | $65,000.00 | $35,260.00 |
| Keystone Equipment Finance Corp.<br>433 S. Main Street<br>Suite 300<br>West Hartford, CT 06110 | | 2022 Freightliner Cascadia 126 Sleeper TractorVIN, x7266 | | $92,610.00 | $55,000.00 | $37,610.00 |
| Keystone Equipment Finance Corp.<br>433 S. Main Street<br>Suite 300<br>West Hartford, CT 06110 | | 2019 Volvo 72" Raised Roof Sleeper TractorVIN, x0456 | | $40,035.00 | $30,000.00 | $10,035.00 |
| Liquidibee 1 LLC<br>701 Brickell Avenue<br>Suite 1550<br>Miami, FL 33131 | | merchant cash advance loan | | | | $40,098.00 |
| Oklahoma Turnpike Authority<br>P.O. Box 248935<br>Oklahoma City, OK 73124-8935 | | tolls | | | | $515.47 |
| Oklahoma Turnpike Authority<br>P.O. Box 248935<br>Oklahoma City, OK 73124-8935 | | tolls | | | | $303.09 |
| Oklahoma Turnpike Authority<br>P.O. Box 248935<br>Oklahoma City, OK 73124-8935 | | tolls | | | | $105.63 |

Debtor   AZA Transportation, Inc.                                   Case number *(if known)*
         *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Transportation Alliance Bank Inc. 4185 Harrison Blvd. Ogden, UT 84403 | | 2022 Freightliner CascadiaVIN x3101 | | $103,415.00 | $60,000.00 | $43,415.00 |
| Transportation Alliance Bank Inc. 4185 Harrison Blvd. Ogden, UT 84403 | | 2020 Great Dane TrailerVIN, x4987 2022 Utility TL TrailerVIN, x8130 | | $55,640.00 | $32,000.00 | $23,640.00 |
| U.S. Small Business Administration CESC-Covid EIDL Service Center 14925 Kingsport Road Fort Worth, TX 76155 | | Economic Injury Disaster Loan | | | | $24,500.00 |

```
American Express
P.O. Box 6031
Carol Stream, IL 60197-6031


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Azamat Sadyrbaev
1310 Cambia Drive
Apt. 6311
Schaumburg, IL 60193


BMO Bank N.A.
300 E. John Carpenter Freeway
Irving, TX 75062-2712


Cardmember Service
P.O. Box 6294
Carol Stream, IL 60197-6294


CFG Merchant Solutions, LLC
180 Maiden Lane
Floor 15
New York, NY 10038


Crossroads Equipment Lease & Finance
9385 Haven Avenue
Rancho Cucamonga, CA 91730-5475


Crossroads Equipment Lease and Finance
9385 Haven Avenue
Rancho Cucamonga, CA 91730-5475


EBF Holdings, LLC d/b/a Everest Business
102 West 38th Street
6th Floor
New York, NY 10018


eCapital Freight Factoring Corp.
20807 Biscayne Blvd.
203
Aventura, FL 33180


FleetOne Holdings, LLC
1 Hancock St.
Portland, ME 04101


FleetOne Holdings, LLC d/b/a WEX Inc.
P.O. Box 630038
Cincinnati, OH 45263-0038


Forward Financing, LLC
53 State Street
20th Floor
Boston, MA 02109
```

Harris & Harris, Ltd.
111 West Jackson Blvd.
Suite 650
Chicago, IL 60604-3589


Illinois Tollway
P.O. Box 1412
Downers Grove, IL 60515


Imperial Realty Company, as agent
4747 West Peterson Avenue
Suite 200
Chicago, IL 60646


Kansas Turnpike Authority
P.O. Box 803311
Kansas City, MO 64180-3311


Keystone Equipment Finance Corp.
433 S. Main Street
Suite 300
West Hartford, CT 06110


Linebarger Goggan Blair & Sampson LLP
4828 Loop Central Drive
Suite 600
Houston, TX 77081


Liquidibee 1 LLC
701 Brickell Avenue
Suite 1550
Miami, FL 33131


New Jersey Turnpike Authority
c/o NJ E-ZPass
P.O. Box 4971
Trenton, NJ 08650


North Texas Tollway Authority
c/o Professional Account Management, LLC
P.O. Box 863867
Plano, TX 75086-3867


Oklahoma Turnpike Authority
P.O. Box 248935
Oklahoma City, OK 73124-8935


SBA
P.O. Box 3918
Portland, OR 97208-3918


T Lines Express Corp.
7545 S. Madison Street
Burr Ridge, IL 60527

T Lines Express Corp.
7455 S. Madison St.
Willowbrook, IL 60527


Transportation Alliance Bank Inc.
4185 Harrison Blvd.
Ogden, UT 84403


U.S. Small Business Administration
CESC-Covid EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155


Violation Enforcement Services
P.O. Box 1212
Horseheads, NY 14845-1200

# United States Bankruptcy Court
## Northern District of Illinois

In re: AZA Transportation, Inc.
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for AZA Transportation, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 5, 2025
Date

/s/ Joel Schechter
Signature of Attorney or Litigant
Counsel for AZA Transportation, Inc.
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
(312) 332-0267  Fax:
joelschechter1953@gmail.com